FILED
JAN 1 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 08CR2968 JM |
| Plaintiff, ) | Magistrate Case No. 08MJ2615 MCC |
| vs. ) | |
| Christian A. Torres-Garciduenas ) | **ORDER TO EXONERATE BOND** |
| Defendant. ) | |

IT IS HEREBY ORDERED that the personal surety bond of $5000.00 which secured the presence of the Material Witness, **ESTHER MEDINA-GUERRERO** be exonerated forthwith, and the cash deposit of $500.00 to be returned to the surety at the following address;

Josue Dominguez-Rojas

14153 Burton Street

Panorama City, CA 91402

Date: 1/13/09

William McCurine, Jr.
United States Magistrate Judge

Order to Exonerate Bond

1