FILED

JAN **1 3** 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>vs.<br><br>Christian A. Torres-Garciduenas<br><br>            Defendant. | Criminal Case No. 08CR2968 JM<br>Magistrate Case No. 08MJ2615 MCC<br><br><br>**ORDER TO EXONERATE BOND** |

IT IS HEREBY ORDERED that the personal surety bond of $5000.00 which secured the presence of the Material Witness, **FILIBERTA RAMOS-DIAZ** be exonerated forthwith, and the cash deposit of $500.00 to be returned to the surety at the following address;

Encarnation Armenta

2498 So. Elm, Apt. #N

Fresno, CA 93706

Date: ___1/13/09___

William McCurine, Jr.
United States Magistrate Judge

Order to Exonerate Bond

1